
FILED

JUL 1 1 2013

CLERK, US DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

TIMOTHY BOYD, #1295457          :
                               :
    Petitioner,          :
v.                             :          CIVIL ACTION NO.  2:12CV462
                               :
HAROLD W. CLARKE, Director,    :
Virginia Department of         :
Corrections,                   :
                               :
    Defendant.           :

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The petition alleges violation of federal rights pertaining to Petitioner's convictions on August 24, 2009, in the Circuit Court of Norfolk, Virginia for aggravated malicious wounding, unauthorized use of a motor vehicle, and statutory burglary.  As a result of the convictions, Petitioner was sentenced to 18 years with seven and one-half years suspended for an active term of ten and one-half years in prison.

The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.

The Report and Recommendation filed May 3, 2013 recommends dismissal of the petition.  Each party was advised of his right to

1

file written objections to the findings and recommendations made by the Magistrate Judge. On June 6, 2013 the Court received Petitioner's Objections to the Report and Recommendation. The Respondent filed no response to the objections and the time for responding has now expired.

The Court, having reviewed the record and examined the objections filed by Petitioner to the Report and Recommendation, and having made <u>de novo</u> findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation filed May 3, 2013. It is, therefore, ORDERED that Respondent's Motion to Dismiss be GRANTED and the Petitioner's petition be DENIED and DISMISSED with prejudice.

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. <u>See</u> <u>Miller-El v. Cockrell</u>, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to Petitioner and counsel of record for Respondent.

                                    /s/ _____

                          MARK S. DAVIS
                          UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

July || , 2013